**93–209.** Ray v. Zeis. *Erie County,* No. E–92–02. On motion to certify the record and on motion for leave to file memorandum in support instanter. Motions denied.

WRIGHT, J., dissents.

**93–220.** Myers v. Perttu. *Richland County,* No. 92–CA–20.

**93–223.** Pease v. Croxton Realty. *Stark County,* No. CA–8779.

**93–230.** Gallagher v. Borden, Inc. *Franklin County,* No. 92AP–287.

WRIGHT, J., not participating.

**93–242.** In re Musial. *Cuyahoga County,* No. 64825.

WRIGHT, J., dissents.

**93–246.** State v. Roundtree. *Cuyahoga County,* No. 61131.

F.E. SWEENEY, J., not participating.

**93–248.** Clements v. First Choice Haircutters. *Cuyahoga County,* No. 63714.

RESNICK, J., dissents.

**93–251.** Levine–Baratto Assoc., Inc. v. Sal Butera Assoc., Inc. *Stark County,* No. CA–8880.

MOYER, C.J., dissents.

**93–255.** State v. Gill. *Franklin County,* No. 92AP–945.

**93–276.** Jenkins v. Roger C. Perry & Co., Inc. *Franklin County,* Nos. 92AP–634 and 92AP–635.

**93–289.** State v. Carter. *Cuyahoga County,* No. 62426.

F.E. SWEENEY, J., not participating.

**93–493.** State v. Lowe. *Logan County,* No. 8–92–36.

MOYER, C.J., DOUGLAS and PFEIFER, JJ., dissent.

## REHEARING DOCKET

**92–1855.** State v. Rountree. *Summit County,* No. 15388. Reported at 66 Ohio St.3d 1430, 608 N.E.2d 759. On motion for rehearing. Rehearing denied.

**93–97.** Nationwide Ins. Co. v. Johnson. *Butler County,* No. CA92–06–0115. Reported at 66 Ohio St.3d 1446, 609 N.E.2d 173. On motion for rehearing. Rehearing denied.

MOYER, C.J., and PFEIFER, J., dissent, and would grant the motion and consolidate this cause with 92–1982, *Stanton v. Nationwide Mut. Ins. Co.,* Hamilton County, No. C–910750.

WRIGHT, J., dissents and would grant the motion.

### Wednesday, May 5, 1993
## JURISDICTIONAL MOTIONS OVERRULED

**93–224.** Bruck Mfg. Co. v. Mason. *Cuyahoga County,* No. 63600.

MOYER, C.J., WRIGHT and PFEIFER, JJ., dissent.

PEGGY BRYANT, J., of the Tenth Appellate District, sitting for F.E. Sweeney, J.